IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT REID,

     Appellant,

v.

DEPARTMENT OF
CORRECTIONS, STATE OF
FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5739

Opinion filed September 4, 2014.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Robert Reid, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Shirley Durham, Assistant Attorney General,
Jennifer Parker, General Counsel for Department of Corrections, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.